

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 10/21/2020

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  City of Chicago v. Juul Labs, Inc. et al
USDC Case Number:  1:20-cv-05369
Circuit Court Case Number:   2020CH04183

Dear Clerk:

A certified copy of an order entered on 10/7/2020 by the Honorable Mary M. Rowland, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                            Sincerely yours,
                                            Thomas G. Bruton, Clerk

                                            By: /s/ E. Caswick
                                                  Deputy Clerk

Enclosure(s)

Rev. 10/05/2016

Case: 1:20-cv-05369 Document #: 24 Filed: 10/21/20 Page 2 of 2 PageID #:328